IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH EVEN COOK,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| TABB BICKELL, et al.<br>Respondents, | : <br> : | NO. 13-6746 |

### ORDER

LEGROME D. DAVIS, J.

AND NOW, this 24) day of July, 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

_____
LEGROME D. DAVIS, J.